# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

149056

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RICKY HICKS, ROXANNE HICKS,
and BRIAN GOODSELL,
          Plaintiffs-Appellees,

v

AUTO CLUB GROUP INSURANCE
COMPANY,
          Defendant-Appellant.

SC: 149056
COA: 312365
Manistee CC: 08-013074-CK

_____/

       On order of the Court, the application for leave to appeal the February 25, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



p0924

Clerk